THE STATE EX REL. MCCALLISTER, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT; BEACH COMPANY, APPELLEE.

[Cite as *State ex rel. McCallister v. Indus. Comm.,* 105 Ohio St.3d 196, 2005-Ohio-1145.]

(No. 2004–1413—Submitted March 2, 2005—Decided March 30, 2005.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State ex rel. Adams v. Aluchem, Inc.,* 104 Ohio St.3d 640, 2004-Ohio-6891, 821 N.E.2d 547, and the order of the Industrial Commission is reinstated.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

---

Steve C. Carr, for appellee Martin McCallister.

Jim Petro, Attorney General, and Dennis H. Behm, Assistant Attorney General, for appellant, Industrial Commission.